UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

JUN 11 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DAVID M. RODRIGUEZ; et al.,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>MARICOPA COUNTY COMMUNITY COLLEGE DISTRICT and THE GOVERNING BOARD OF THE MARICOPA COUNTY COIMMUNITY COLLEGE DISTRICT,<br><br>        Defendants,<br><br> and<br><br>RUFUS GLASPER and PHILLIP RANDOLPH, .in their official and individual capacities,<br><br>        Defendants - Appellants. | No. 08-16073<br><br>D.C. No. 2:04-cv-02510-EHC<br>U.S. District Court for Arizona, Phoenix<br><br>**MANDATE** |

The judgment of this Court, entered May 20, 2010, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

Gabriela Van Allen
Deputy Clerk