

| | |
|---|---|
| ca9_ecfnoticing@ca9.uscourts.gov | To |
| 06/11/2010 10:48 AM | cc |
| | bcc |
| | Subject   08-16073 David Rodriguez, et al v. Maricopa County Community Coll, et al "Mandate Issued" |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### United States Court of Appeals for the Ninth Circuit

**Notice of Docket Activity**

The following transaction was entered on 06/11/2010 at 10:45:50 AM PDT and filed on 06/11/2010

| | |
|---|---|
| **Case Name:** | David Rodriguez, et al v. Maricopa County Community Coll, et al |
| **Case Number:** | 08-16073 |
| **Document(s):** | Document(s) |

**Docket Text:**
MANDATE ISSUED.(SDO, AK and SSI) [7368891] (GV)

The following document(s) are associated with this transaction:
**Document Description:** Mandate Order
**Original Filename:**
/opt/ACECF/live/forms/gabriela_0816073_7368891_v2Order-Mandate_216.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1106763461 [Date=06/11/2010] [FileNumber=7368891-0]
[7d34b4d87034005316da106e87800d56b5e32fcdf07cbdb7cccd0fe0eb25ab5862c556c07e53988a
1efcab2d335172b5d786134bf57de223aabf046dc75e16eb]]
**Recipients:**
- Bernal, Diego M., Attorney
- Cohen, Richard S., Attorney
- Foster, Troy P., Attorney
- Gomez, David F., Attorney
- Mr. Hinojosa, David G., Attorney
- Ms. Perales, Nina, Regional Counsel
- Mr. Petitti, Michael J., Jr.
- Pierce, Justin S., Attorney
- Mr. Saenz, Thomas Andrew, Attorney

- USDC, Phoenix

**Notice will be electronically mailed to:**

Cohen, Richard S., Attorney
Foster, Troy P., Attorney
Mr. Hinojosa, David G., Attorney
Ms. Perales, Nina, Regional Counsel
Mr. Petitti, Michael J., Jr.
Pierce, Justin S., Attorney
Mr. Saenz, Thomas Andrew, Attorney
USDC, Phoenix

**Case participants listed below will not receive this electronic notice:**

Bernal, Diego M., Attorney
MEXICAN AMERICAN LEGAL DEFENSE
AND EDUCATIONAL FUND
Suite 300
110 Broadway
San Antonio, TX 78205

Gomez, David F., Attorney
GOMEZ AND PETITTI, P.C.
Suite 860
2525 East Camelback Road
Phoenix, AZ 85016

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 7368891
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 7042314