David G. Hinojosa (*admitted pro hac vice*)
Nina Perales (*admitted pro hac vice*)
Diego M. Bernal (*admitted pro hac vice*)
**Mexican American Legal Defense
And Educational Fund**
110 Broadway, Suite 300
San Antonio, Texas  78205
Tel. (210) 224-5476
Fax (210) 224-5382
dhinojosa@maldef.org
nperales@maldef.org
dbernal@maldef.org

Attorneys for Plaintiffs

Richard S. Cohen (State Bar No. 004746)
Justin S. Pierce (State Bar No. 022646)
**JACKSON LEWIS LLP**
2390 East Camelback Road, Suite 305
Phoenix, AZ  85016
Tel. (602) 714-7044
Fax (602) 714-7045
cohenr@jacksonlewis.com
piercej@jacksonlewis.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| David M. Rodriquez; Judy Gonzales Poggi; Jose Mendoza; Frank Rivera; Mario Quezada; and Esther Anaya-Garcia, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>Maricopa County Community College District; The Governing Board of the Maricopa County Community College District; Rufus Glasper, in his official and individual capacity; and Phillip Randolph, in his official and individual capacity,<br><br>Defendants. | Case No. CV-04-2510-PHX-EHC<br><br>**JOINT MOTION TO DISMISS WITH PREJUDICE** |

Come now the Parties- Plaintiffs David M. Rodriguez, *et. al* ("Plaintiffs") and Defendants Maricopa County Community College District, *et. al* ("Defendants")- and submit to the Court their Joint Motion to Dismiss with Prejudice.

On May 5, 2010 the Ninth Circuit Court of Appeals issued its ruling in *Rodriguez v. Maricopa County Community College Dist.*, 2010 WL 1997405, *1 (9th Cir. 2010) and reversed this Court's order denying summary judgment for the individual Defendants in the case. The appeals court also asked this Court to revisit its summary judgment opinion for the remaining Defendants in light of the appellate ruling. *See id*. As a result of the Ninth Circuit's decision, and in accordance with this Court's August 26, 2010 order that requires the Parties to file pleadings to dismiss the case by September 7, 2010, *see* Dkt. Entry No. 149, the Parties have agreed to bring the litigation to an end through an amicable and respectful settlement agreement. Under the agreement, each Party agrees to dismiss the case with prejudice and bear its own attorney's fees and costs. The class representatives in the case are aware of, and agree to, the terms of the settlement and this joint motion. *See* Class Representatives' Declarations in Support of Joint Motion at Ex. A.

Thus, the Parties now jointly move the Court to dismiss this case with prejudice, with each side to bear their own attorneys' fees and costs. In light of the Ninth Circuit's ruling in *Rodriguez,* 2010 WL 1997405, *1 and the settlement agreement reached by the Parties, the Parties urge this Court to grant their Joint Motion.

RESPECTFULLY SUBMITTED this 7th day of September, 2010.

        MEXICAN AMERICAN
        LEGAL DEFENSE
        AND EDUCATIONAL FUND

By   /s/Diego M. Bernal
       David G. Hinojosa
       Nina Perales
       Diego M. Bernal
       110 Broadway, Suite 300
       San Antonio, Texas 78205
       Attorneys for Plaintiffs

JACKSON LEWIS LLP

By   /s/Justin S. Pierce
       Richard S. Cohen
       Justin S. Pierce
       2390 E. Camelback Rd., Suite 305
       Phoenix, Arizona 85016
       Attorneys for Defendant

### **CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2010, I electronically submitted the attached document to the Clerk's Office using the CM/ECF System for filing and sent a copy by U.S. Mail to the following CM/ECF registrant:

David F. Gomez
Michael J. Petitti, Jr.
Gomez & Petitti
2525 East Camelback Road, Suite 860
Phoenix, AZ 85016
Attorneys for Plaintiff


   /s/Diego Bernal