Ex. A

1

2

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

3

4

5

David M. Rodriguez; Judy Gonzales )
Poggi; Jose Mendoza; Frank Rivera; )
Mario Quezada; and Esther Anaya-Garcia,)
on behalf of themselves and all others )
similarly situated, )

Case No. CV-04-2510-PHX-EHC

**DECLARATION IN SUPPORT OF
JOINT MOTION AND STIPULATION
FOR DISMISSAL WITH PREJUDICE**

6

7

8

9

10

                Plaintiffs, )
        vs. )
Maricopa County Community College )
District; The Governing Board of the )
Maricopa County Community College )
District; Rufus Glasper, in his official )
and individual capacity; and Phillip )
Randolph, in his official and individual )
capacity, )

11

                Defendants. )

12

13

14

15

<u>**DECLARATION OF DAVID M. RODRIGUEZ IN SUPPORT OF JOINT
MOTION AND STIPULATION FOR DISMISSAL WITH PREJUDICE**</u>

16

I, David M. Rodriguez, hereby declare and state as follows:

17

18

1. I am a Latino employee of the Maricopa County Community College District and
   am a named class representative in this case.

19

2. I have read, understand  and consent to the terms of this settlement, which are as
   follows:

20

21

        a.  Both parties in this case agree to dismiss with prejudice.

        b.  Each side will bear their own costs and attorney's fees.

22

23

I declare under penalty of perjury that the above declaration is correct.

24

Date: <u>8/01/2010</u>                    Signature: <u>David M. Rodriguez</u>

25

26

27

28

-1-

1

2                          UNITED STATES DISTRICT COURT
                                 DISTRICT OF ARIZONA

3    David M. Rodriquez; Judy Gonzales          )
     Poggi; Jose Mendoza; Frank Rivera;         )   Case No. CV-04-2510-PHX-EHC
4    Mario Quezada; and Esther Anaya-           )
     Garcia, on behalf of themselves            )   **DECLARATION IN SUPPORT OF**
5    and all others similarly situated,         )   **JOINT MOTION AND STIPULATION**
                                                )   **FOR DISMISSAL WITH PREJUDICE**
6              Plaintiffs,                       )
                     vs.                         )
7    Maricopa County Community College          )
     District; The Governing Board of the       )
8    Maricopa County Community College          )
     District; Rufus Glasper, in his official   )
9    and individual capacity; and Phillip       )
     Randolph, in his official and individual   )
10   capacity,                                   )
                                                )
11             Defendants.                       )
                                                )
12                                              )
                                                )
13                                              )
                                                )
14   ─────────────────────────────────

15   **DECLARATION OF JUDY GONZALEZ POGGI IN SUPPORT OF JOINT
     MOTION AND STIPULATION FOR DISMISSAL WITH PREJUDICE**

16   I, Judy Gonzalez Poggi, hereby declare and state as follows:

17       1 . I am a Latino employee of the Maricopa County Community College District and
18           am a named class representative in this case.

19       2 . I have read, understand  and consent to the terms of this settlement, which are as
             follows:

20           a . Both parties in this case agree to dismiss with prejudice.

21           b . Each side will bear their own costs and attorney's fees.

22

23   I declare under penalty of perjury that the above declaration is correct.

24   Date: _____9/2/10_____                    Signature:_____

25

26

27

28

                                             -1-

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

David M. Rodriquez; Judy Gonzales )
Poggi; Jose Mendoza; Frank Rivera; )   Case No. CV-04-2510-PHX-EHC
Mario Quezada; and Esther Anaya-Garcia, )
on behalf of themselves and all others )   **DECLARATION IN SUPPORT OF**
similarly situated, )   **JOINT MOTION AND STIPULATION**
)   **FOR DISMISSAL WITH PREJUDICE**
             Plaintiffs, )
      vs. )
Maricopa County Community College )
District; The Governing Board of the )
Maricopa County Community College )
District; Rufus Glasper, in his official )
and individual capacity; and Phillip )
Randolph, in his official and individual )
capacity, )
)
             Defendants. )
)
)
)
)
)
)

**DECLARATION OF JOSE MENDOZA IN SUPPORT OF JOINT MOTION AND
STIPULATION FOR DISMISSAL WITH PREJUDICE**

I, Jose Mendoza, hereby declare and state as follows:

1. I am a Latino employee of the Maricopa County Community College District and am a named class representative in this case.

2. I have read, understand and consent to the terms of this settlement, which are as follows:

   a. Both parties in this case agree to dismiss with prejudice.

   b. Each side will bear their own costs and attorney's fees.

I declare under penalty of perjury that the above declaration is correct.

Date: _AUG. 1, 2010_          Signature: _Jose Mendoza_ .

-1-

1

2

## UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

3
4
5
6

David M. Rodriquez; Judy Gonzales
Poggi; Jose Mendoza; Frank Rivera;
Mario Quezada; and Esther Anaya-
Garcia, on behalf of themselves
and all others similarly situated,

)
)
)
)
)
)

Case No. CV-04-2510-PHX-EHC

**DECLARATION IN SUPPORT OF
JOINT MOTION AND STIPULATION
FOR DISMISSAL WITH PREJUDICE**

Plaintiffs,

vs.

7
8
9
10
11

Maricopa County Community College
District; The Governing Board of the
Maricopa County Community College
District; Rufus Glasper, in his official
and individual capacity; and Phillip
Randolph, in his official and individual
capacity,

)
)
)
)
)
)
)
)
)
)

Defendants.

12
13
14

)
)
)
)
)

15

## DECLARATION OF FRANK RIVERA IN SUPPORT OF JOINT MOTION AND STIPULATION FOR DISMISSAL WITH PREJUDICE

16

I, Frank Rivera, hereby declare and state as follows:

17
18

1. I am a Latino employee of the Maricopa County Community College District and am a named class representative in this case.

19

2. I have read, understand and consent to the terms of this settlement, which are as follows:

20

a. Both parties in this case agree to dismiss with prejudice.

21
22

b. Each side will bear their own costs and attorney's fees.

23

I declare under penalty of perjury that the above declaration is correct.

24
25

Date: ___9/2/2010___          Signature ___[signature]___

26

27

28

-1-

1

2

3

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

David M. Rodriquez; Judy Gonzales )
Poggi; Jose Mendoza; Frank Rivera; )   Case No. CV-04-2510-PHX-EHC
Mario Quezada; and Esther Anaya- )
Garcia, on behalf of themselves )   **DECLARATION IN SUPPORT OF**
and all others similarly situated, )   **JOINT MOTION AND STIPULATION**
)   **FOR DISMISSAL WITH PREJUDICE**
          Plaintiffs, )
)
     vs. )
Maricopa County Community College )
District; The Governing Board of the )
Maricopa County Community College )
District; Rufus Glasper, in his official )
and individual capacity; and Phillip )
Randolph, in his official and individual )
capacity, )
)
          Defendants. )
)
)
)
)
)
)
)

## DECLARATION OF MARIO QUEZADA IN SUPPORT OF JOINT MOTION AND STIPULATION FOR DISMISSAL WITH PREJUDICE

I, Mario Quezada, hereby declare and state as follows:

  1. I am a Latino employee of the Maricopa County Community College District and am a named class representative in this case.

  2. I have read, understand and consent to the terms of this settlement, which are as follows:

      a. Both parties in this case agree to dismiss with prejudice.

      b. Each side will bear their own costs and attorney's fees.

I declare under penalty of perjury that the above declaration is correct.

Date: _9 - 1 - 10_          Signature: _Mario S. Gade_
                                     Mario S. Quezada

-1-

1

2
## UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

3
David M. Rodriquez; Judy Gonzales )
Poggi; Jose Mendoza; Frank Rivera; )   Case No. CV-04-2510-PHX-EHC
4
Mario Quezada; and Esther Anaya- )
Garcia, on behalf of themselves )   **DECLARATION IN SUPPORT OF**
5
and all others similarly situated, )   **JOINT MOTION AND STIPULATION**
)   **FOR DISMISSAL WITH PREJUDICE**
6
          Plaintiffs, )
7
          vs. )
Maricopa County Community College )
District; The Governing Board of the )
8
Maricopa County Community College )
District; Rufus Glasper, in his official )
9
and individual capacity; and Phillip )
Randolph, in his official and individual )
10
capacity, )
11
          Defendants. )
)
12
)
)
13
)
)
14

15
## DECLARATION OF ESTHER ANAYA-GARCIA IN SUPPORT OF JOINT MOTION AND STIPULATION FOR DISMISSAL WITH PREJUDICE

16
I, Esther Anava-Garcia, hereby declare and state as follows:

17
   1.  I am a Latino employee of the Maricopa County Community College District and
18
      am a named class representative in this case.

19
   2.  I have read, understand and consent to the terms of this settlement, which are as
      follows:
20
      a.  Both parties in this case agree to dismiss with prejudice.
21
      b.  Each side will bear their own costs and attorney's fees.
22

23
I declare under penalty of perjury that the above declaration is correct.

24
Date:  09/01/2010          Signature:  Esther Anaya-Garcia
25
                                    Esther Anaya - GARCiA
26

27

28

-1-