UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| David M. Rodriquez; Judy Gonzales Poggi; Jose Mendoza; Frank Rivera; Mario Quezada; and Esther Anaya-Garcia, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Maricopa County Community College District; The Governing Board of the Maricopa County Community College District; Rufus Glasper, in his official and individual capacity; and Phillip Randolph, in his official and individual capacity,<br><br>Defendants. | Case No. CV-04-2510-PHX-EHC<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE** |

Before the Court is the parties' Joint Motion to Dismiss with Prejudice. The Court hereby GRANTS the Joint Motion. It is hereby ORDERED that Cause Number CV-04-2510 is dismissed with prejudice. It is furthered ORDERED that each party will bear their own attorney's fees and costs.

- 1